[No. 24112-9-II.   Division Two.   October 6, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DARYL CAIRNS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 98-1-00232-2, H. John Hall, J., entered October 21, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Seinfeld, J.

[No. 23676-1-II.   Division Two.   October 6, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN SEBASTIAN FOLK, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-1-00774-9, Richard A. Strophy, J., entered August 20,1998. *Reversed* by unpublished opinion per Houghton, J., concurred in by Morgan, J., and Draper, J. Pro Tem.

[No. 45838-8-I.   Division One.   October 9, 2000.]

*In the Matter of the Marriage of* ROSALIND TRACY KLUGER, *Respondent*, and RAYMOND N. KLUGER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-3-09244-4, Glenna Hall, J., entered December 15, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45587-7-I.   Division One.   October 9, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. E.J., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-02777-1, Michael J. Trickey, J., entered October 20, 1999. *Affirmed* by unpublished per curiam opinion.